UNITED STATES of America
Plaintiff-Appellee

v.

David Byron THOMPSON
Defendant-Appellant

No. 17-2194

United States Court of Appeals, Eighth Circuit.

Submitted: November 27, 2017

Filed: December 1, 2017

Kyra E. Jenner, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Arkansas, Fort Smith, AR, for Plaintiff-Appellee

David Byron Thompson, Pro Se

Before SHEPHERD, MURPHY, and KELLY, Circuit Judges.

PER CURIAM.

Federal prisoner David Thompson appeals after the district court[1] denied his Federal Rule of Criminal Procedure 41(g) motion seeking the return of property. After careful review of the record, we conclude that Thompson's Rule 41(g) motion—which he concedes sought the same

---

1. The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.

1. The Honorable P. K. Holmes, III, Chief Judge for the United States District Court for the Western District of Arkansas.

property as he requested in a prior Rule 41(g) motion—was barred by res judicata. See <u>Rutherford v. Kessel</u>, 560 F.3d 874, 877 (8th Cir. 2009) (elements of res judicata); <u>Followell v. United States</u>, 532 F.3d 707, 708 (8th Cir. 2008) (res judicata precludes relitigation of claim on grounds that were raised or could have been raised in prior action). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.